UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN M. SMITH, | ) |
| | ) CASE NO. C11-1592-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER GRANTING IN PART |
| MICHAEL J. ASTRUE, | ) MOTION FOR EXTENSION OF TIME |
| Commissioner of Social Security, | ) TO FILE A RESPONSE |
| | ) |
| Defendant. | ) |
| _____ | ) |

Defendant has filed a Motion for Extension of Time to file his Answer (Dkt. 7), along with a supporting declaration (Dkt. 8). Defendant's Answer is presently due on December 2, 2012, and he requests an extension to January 31, 2012. After considering the motion and state of the case, the Court hereby GRANTS defendant an extension but declines to use the new deadline requested by defendant. Instead, defendant shall have until January 17, 2012 to file his Answer.

DATED this <u>5th</u> day of December, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IN PART MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSE
PAGE -1