UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN M. SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | CASE NO. C11-1592-MAT<br><br>ORDER GRANTING IN PART<br>MOTION FOR EXTENSION OF TIME<br>TO FILE A RESPONSE |

Defendant has filed a Motion for Extension of Time to file his Answer (Dkt. 7), along with a supporting declaration (Dkt. 8). Defendant's Answer is presently due on December 2, 2012, and he requests an extension to January 31, 2012. After considering the motion and state of the case, the Court hereby GRANTS defendant an extension but declines to use the new deadline requested by defendant. Instead, defendant shall have until January 17, 2012 to file his Answer.

DATED this 5th day of December, 2011.

                 /s/ Mary Alice Theiler
                 Mary Alice Theiler
                 United States Magistrate Judge